*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| Carlos Sacbin Mejia | Case No.   1:26-cv-1948 |
| Petitioner | |
| VS. | Judge |
| Warden, River Correctional Center, et al., | Magistrate Judge |
| Respondents | |

**ORDER**

IT IS ORDERED that T. Monique Jones be and is hereby admitted to the bar of this

Court pro hac vice on behalf of Carlos Sacbin Mejia in the above-described action.

SO ORDERED on this, the __12th__ day of June, 2026.

_____
U.S. Magistrate Judge